IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **MEETRIX IP, LLC,** | § | |
| *Plaintiff,* | § § | Civil Action No. 1:18-cv-00309 |
| | § | |
| v. | § § | |
| | § | **JURY TRIAL DEMANDED** |
| **CISCO SYSTEMS, INC.,** | § § | |
| *Defendant.* | § | |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT
## PURSUANT TO F.R.C.P. 7.1

Plaintiff, Meetrix IP, LLC ("Meetrix") hereby submits its corporate disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and states that it is wholly-owned by ITUS Patent Acquisition Corporation. ITUS Patent Acquisition Corporation is wholly-owned by ITUS Corporation. ITUS Corporation is a publicly-held corporation.

Dated: April 13, 2018                    Respectfully submitted,

By:   */s/ Andrew G. DiNovo*
Andrew G. DiNovo
Texas State Bar No. 00790594
adinovo@dinovoprice.com
Daniel L. Schmid
Texas State Bar No. 24093118
dschmid@dinovoprice.com
**DiNovo Price LLP**
7000 N. MoPac Expressway, Suite 350
Austin, Texas 78731
Telephone: (512) 539-2626
Telecopier: (512) 539-2627

John D. Saba, Jr.
Texas State Bar No. 24037415
john@wittliffcutter.com
W. Reid Wittliff
Texas State Bar No. 00791951

>reid@wittliffcutter.com
>Ryan A. Botkin
>Texas State Bar No. 00793366
>ryan@wittliffcutter.com
>WITTLIFF | CUTTER | AUSTIN, PLLC
>1803 West Ave.
>Austin, Texas 78701
>Telephone: (512) 960-4388
>Facsimile:  (512) 960-4869
>
>**ATTORNEYS FOR PLAINTIFF
>MEETRIX IP, LLC**