IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **MEETRIX IP, LLC,** | § | |
| | § | |
| *Plaintiff,* | § | Civil Action No. 1:18-cv-00309 |
| | § | |
| v. | § | |
| | § | |
| **CISCO SYSTEMS, INC.,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendant.* | § | |
| | § | |

## NOTICE OF APPEARANCE

Meetrix IP, LLC, Plaintiff in the above-entitled and numbered civil action, hereby notifies the Court and all parties that the following person, in addition to those who previously gave notice, is appearing as counsel of record.

> Daniel L. Schmid
> Texas State Bar No. 24093118
> **DiNovo Price LLP**
> 7000 N. MoPac Expressway, Suite 350
> Austin, Texas  78731
> Telephone:  (512) 539-2626
> Telecopier:  (512) 539-2627
> dschmid@dinovoprice.com

DATED: April 13, 2018

Respectfully submitted,

*/s/   Daniel L. Schmid*
Daniel L. Schmid
Texas State Bar No. 24093118
dschmid@dinovoprice.com
**DINOVO PRICE LLP**
7000 N. MoPac Expressway, Suite 350
Austin, Texas  78731
Telephone:  (512) 539-2626
Telecopier:  (512) 539-2627

*Counsel for Plaintiff Meetrix IP, LLC*