IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

MEETRIX IP, LLC

-vs-                                                         Case No. 1:18-CV-00309-LY

CISCO SYSTEMS, INC.

### ORDER

BE IT REMEMBERED on this the 29th day of May, 2018, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by **L. NORWOOD JAMESON** ("Applicant"), counsel for **CISCO SYSTEMS, INC.** and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of **CISCO SYSTEMS, INC.** in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the 29th day of May, 2018.

UNITED STATES DISTRICT JUDGE