# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **MEETRIX IP, LLC,** | § §  § |
| Plaintiff, | § § Civil No. 1:18-cv-00309-LY |
| v. | § § **JURY TRIAL DEMANDED** § |
| **CISCO SYSTEMS, INC.,** | § § § |
| Defendant. | § |

## [PROPOSED] ORDER GRANTING CISCO SYSTEMS, INC.'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

The Court, having reviewed Cisco Systems, Inc.'s Motion to Dismiss for Failure to State a Claim and finding that the relief requested therein is appropriate and in the interests of justice, GRANTS Cisco's motion and ORDERS that Meetrix's claims for joint, indirect, and willful infringement in its First Amended Complaint are dismissed.

SO ORDERED.

Dated: _____

_____
THE HONORABLE LEE YEAKEL
UNITED STATES DISTRICT COURT