IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MEETRIX IP, LLC, | § § § |
| Plaintiff, | § Civil No. 1:18-cv-00309-LY § |
| v. | § JURY TRIAL DEMANDED § |
| CISCO SYSTEMS, INC., | § § |
| Defendant. | § § |

**DEFENDANT CISCO SYSTEMS, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1., Defendant Cisco Systems, Inc. states that it has no parent corporation and that to its knowledge no publicly held corporation owns ten percent or more of its stock.

Dated: July 5, 2018

Respectfully submitted,

By: */s/ Gilbert A. Greene*
Gilbert A. Greene
State Bar No. 24045976
Pierre J. Hubert
State Bar No. 24002317
DUANE MORRIS LLP
7500 Rialto Boulevard
Building 1, Suite 230
Austin, TX 78735-8560
Tel: (512) 277-2300
Fax: (512) 277-2301
BGreene@duanemorris.com
PJHubert@duanemorris.com

Louis N. Jameson (admitted *pro hac vice*)
Matt Yungwirth (admitted *pro hac vice*)
DUANE MORRIS LLP
1075 Peachtree Street, N.E., Suite 2000
Atlanta, Georgia 30309-3929
Tel: (404) 253-6900
Fax: (404) 253-6901
WJameson@duanemorris.com
MSYungwirth@duanemorris.com

Daniel T. McCloskey (admitted *pro hac vice*)
DUANE MORRIS LLP
2475 Hanover Street
Palo Alto, CA  94304
Tel: (650) 847-4150
Fax: (650) 847-4151
DTMccloskey@duanemorris.com

**COUNSEL FOR DEFENDANT
CISCO SYSTEMS, INC.**

## CERTIFICATE OF SERVICE

      I certify that on July 5, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                          */s/ Gilbert A. Greene*
                                          Gilbert A. Greene